# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE BLOOM, et al., | Case No.: 1:20-cv-00958 AWI JLT |
| Plaintiffs, | ORDER TO LEE BALEFSKY TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO SEEK ADMISSION TO THIS COURT |
| v. | |
| ETHICON, INC., et al., | (Docs. 61, 73) |
| Defendants. | |

Attorney Christine Clark seeks to withdraw from this case (Doc. 83). She asserts that her withdrawal poses no risks to the parties because attorney Balefsky is an attorney of record for the plaintiff also. However, despite being reminded twice that Lee Balefsky needs to seek admission to this Court before practice here, this has not occurred. (Docs. 61, 73) Attorney Balefsky has sought and been granted pro hac vice status in several cases related to this one but has not sought admission in this case. Id.

///

///

///

///

///

1

Because the Clerk has reminded Lee Balefsky of the obligation to seek admission twice, the Court now **ORDERS** attorney Balefsky to show cause within 14 why sanctions should not be imposed for practicing in this court before admission. Alternatively, attorney Balefsky may seek admission to the Court before the expiration of the 14-day period.

IT IS SO ORDERED.

Dated: **July 28, 2020**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE