**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNNE BLOOM, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ETHICON, INC., et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00958 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Docs. 93) |

The parties report that they have settled the matter in principle as a result of a global settlement involving several hundred plaintiffs. (Doc. 93) They seek a stay of the action to determine whether the settlement will come to fruition. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than April 30, 2021**</u>;
2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated:   **November 9, 2020**              **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE