# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE BLOOM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON, INC., et al., <br><br> Defendants. | Case No.: 1:20-cv-00958 AWI JLT <br><br> ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS <br> (Doc. 97) |

The parties seek an additional 90 days to complete the settlement. (Doc. 97) Due to the complexity of the action, the stipulation is GRANTED. The stipulation to dismiss the action **SHALL** be filed **no later than July 29, 2021**.

IT IS SO ORDERED.

Dated: **May 3, 2021**          **/s/ Jennifer L. Thurston**
                    CHIEF UNITED STATES MAGISTRATE JUDGE