# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE BLOOM, et al.,<br><br>        Plaintiff,<br><br>        v.<br><br>ETHICON, INC., et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00958-AWI-JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 99) |

     The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs. (Doc. 99) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: __**July 15, 2021**__          ___ **/s/ Jennifer L. Thurston**
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE